UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **COURTNEY WEST,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Phencyclidine); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iv) |
| | : | (Unlawful Distribution of 100 Grams or More |
| | : | of Phencyclidine) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about August 24, 2006, within the District of Columbia, **COURTNEY WEST,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1))

### COUNT TWO

On or about September 12, 2006, within the District of Columbia, **COURTNEY WEST**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable

amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Distribution of 100 Grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv))

### COUNT THREE

On or about September 21, 2006, within the District of Columbia, **COURTNEY WEST**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Distribution of 100 Grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv))

### COUNT FOUR

On or about October 20, 2006, within the District of Columbia, **COURTNEY WEST**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Distribution of 100 Grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.