UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-359 |
| | : | |
| v. | : | |
| | : | |
| COURTNEY WEST | : | |
|     Defendant | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Michael Truscott, telephone number (202) 514-7533 and this is notice of his appearance in this matter on behalf of the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        Michael Truscott
        Assistant United States Attorney
        Federal Major Crimes
        555 4th Street, NW,  Room 4237
        Washington, DC 20530
        202-514-7533