CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-359 | MAGIS. NO: |
|---|---|---|
| v.<br><br>COURTNEY WEST | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Courtney West<br><br>**FILED**<br>JAN 1 1 2006<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:           PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF PHENCYCLIDINE;

UNLAWFUL DISTRIBUTION OF 100 GRAMS OR MORE OF PHENCYCLIDINE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21:841(a)(1) and 841(b)(1)(C); and 21:841(a)(1) and 841(b)(1)(A)(iv) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>12/14/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE:<br>12/14/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12-14-06 | NAME AND TITLE OF ARRESTING OFFICER   REPORTING<br>DAVID BALDWIN | SIGNATURE OF ARRESTING OFFICER   REPORTING<br>Laura Baldwin |
|---|---|---|
| DATE EXECUTED 01-11-07 | | |
| HIDTA CASE:   Yes   No  X | | OCDETF CASE:   Yes   No  X |