# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-359 (RMC)** |
| | : | |
| **v.** | : | |
| | : | |
| **COURTNEY WEST,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Louis Ramos, at telephone number (202) 305-2195 and/or email address Louis.Ramos@usdoj.gov . Louis Ramos will substitute for Assistant United States Attorney Abby Michael Truscott as counsel for the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

_____
LOUIS RAMOS
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW, Room 4243
Washington, DC 20530
(202) 305-2195
Louis.Ramos@usdoj.gov