UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-359 (GK) |
| | : | **FILED** |
| COURTNEY WEST, | : | MAY 1 8 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## GOVERNMENT'S SUBMISSION TO THE COURT
## IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Courtney West, hereby submit the following in preparation for a plea hearing in the instant case.

I. ELEMENTS OF THE OFFENSES

The essential elements of the offense of Unlawful Distribution of Phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1) are:

1. The defendant distributed a controlled substance. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected anything of value in return.

2. That the defendant distributed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

3. The law makes Phencyclidine a controlled substance. The substance distributed by the defendant must be a amount of phencyclidine.

II. <u>COPY OF THE PLEA AGREEMENT</u>

A copy of the plea agreement, not yet executed by the defendant, is attached.

III. <u>PENALTIES</u>

1. Not more than 20 years of incarceration;
2. A fine of up to $1,000,000;
3. Not more than three years of supervised release; and
4. A $100 special assessment.

IV. <u>FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA</u>

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on September 21, 2006, a confidential informant (CI) had a conversation over the telephone with an individual, who was later determined to the defendant, Courtney West, and agreed to purchase four ounces of phencyclidine (PCP) for $2400, and they agreed to meet and complete the transaction at the corner of 62nd and Banks Place, N.E., Washington, D.C.

At approximately 5:53 p.m., on the same day, the CI, along with an undercover officer (UC) working for the Metropolitan Police Department, drove to and entered the 6200 block of Banks Place to meet the defendant and purchase the PCP. The CI and the UC parked on the same street and observed the defendant in a different vehicle. The CI exited the unmarked police vehicle, approached the defendant's vehicle, and had a brief conversation. After the CI returned from having that conversation, the defendant exited his vehicle and entered the unmarked police vehicle on the front passenger side. The defendant gave the CI four ounces of a liquid substance that contained a mixture that contained PCP (hereinafter PCP) in exchange for $2400 in prerecorded Metropolitan Police Department Funds. The defendant hen exited the vehicle and left the scene in his own vehicle.

The material that was transferred to the CI by the defendant was later analyzed by the Drug Enforcement Agency and determined to be a mixture that contained phencyclidine and weighed 93.2 grams, the total amount of the actual drug of PCP was 8.4 grams.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                MICHAEL T. TRUSCOTT
                Assistant United States Attorney
                Member of the New York Bar
                Federal Major Crimes Section
                555 Fourth Street, N.W., Room 4237
                Washington, D.C. 20530
                202-514-7533

**DEFENDANT'S ACKNOWLEDGMENT**

      I have read this factual proffer and have discussed it with my attorney, Mary Petras, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 5-18-07          _____
                       COURTNEY WEST
                       Defendant


**ATTORNEY'S ACKNOWLEDGMENT**

      I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 5-18-07          _____
                       MARY PETRAS
                       Attorney for Defendant