UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

                                :    Cr. No. 06-359 (RMC)
        v.
                                :

COURTNEY WEST                   :


   UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND
   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

   Mr. Courtney West, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for August 24, 2007.  In support of this motion, counsel states:

   1.  On May 18, 2007, Mr. West pled guilty to one count of distribution of PCP.

   2.  The Court scheduled the sentencing hearing for August 24, 2007.

   3.  After receiving the initial disclosure of the Presentence Investigation Report and meeting with Mr. West to review the report, counsel determined that it would be appropriate to gather some additional information to present to the Court at sentencing.  Counsel is in the process of obtaining this information, but will not have it in time to present to the Court by August 24th.

   4.  On August 6, 2007, counsel spoke with government counsel, who represented that the government has no opposition to this motion.

WHEREFORE, for the foregoing reasons, counsel respectfully moves this Honorable Court to continue the sentencing hearing in this matter for approximately 30 days.

Respectfully submitted,

/s/
_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

                                :    Cr. No. 06-359 (RMC)
        v.
                                :

COURTNEY WEST                   :


                    ORDER
```

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this \_\_ day of August, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the sentencing hearing in this matter is continued to _____.

_____
The Honorable Rosemary M. Collyer