UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                                  :    Cr. No. 06-359 (RMC)

    v.

                                  :

COURTNEY WEST                  :


                                <u>ORDER</u>

    Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this 7th day of August, 2007, hereby

    ORDERED that the motion is GRANTED; and it is further

    ORDERED that the sentencing hearing in this matter is continued to _TBD_____.

                                                  /s/ Rosemary M. Collyer
                                            The Honorable Rosemary M. Collyer