**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 06-359 (RMC)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **COURTNEY WEST,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney **Charles Neil Floyd**, at telephone number **(202) 305-2195** and/or email

address **Charles.Floyd@usdoj.gov**. **Charles Neil Floyd**, will substitute for former Assistant United

States Attorney **Louis Ramos** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney


_____/s/_____
**Charles Neil Floyd, # 97-219**
**Assistant United States Attorneys**
**Federal Major Crimes**
**555 4th Street, NW,  Room 4243**
**Washington, DC 20530**
**(202) 305-2195**